Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Kizzie Morris

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:18-cr-00067-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| Kizzie Morris, | |
| Defendant. | |

### STIPULATION

1.  By previous order, this matter was set for status on July 10, 2018.

2.  By this stipulation, defendant Kizzie Morris, by and through her undersigned counsel, now moves to continue the status conference until August 21, 2018, at 9:15 a.m., and to exclude time between July 10, 2018 and August 21, 2018, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery

1

1   associated with this case includes approximately 380
2   pages of investigative reports and related documents
3   and several hours recordings of body camera videos. All
4   of this discovery has been produced directly to
5   counsel.

6   b)   Counsel for defendant desires additional time to
7        consult with his client, conduct investigation and
8        research, review discovery, and to discuss potential
9        resolution with his client. Counsel for the defendant
10       and counsel for the government have begun to engage in
11       negotiations toward possible resolution.

12   c)   Counsel for defendant believes that failure to grant
13        the above-requested continuance would deny counsel the
14        reasonable time necessary for effective preparation,
15        taking into account the exercise of due diligence.

16   d)   The United States does not object to the continuance.

17   e)   Based on the above-stated findings, the ends of justice
18        served by continuing the case as requested outweigh the
19        interest of the public and the defendant in a trial
20        within the original date prescribed by the Speedy Trial
21        Act.

22   f)   For the purpose of computing time under the Speedy
23        Trial Act, 18 U.S.C. § 3161, et seq., within which
24        trial must commence, the time period of July 10, 2018
25        and August 21, 2018, inclusive, is deemed excludable
26        pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
27        T4] because it results from a continuance granted by
28        the Court at defendant's request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: July 9, 2018                    Respectfully Submitted,


                                       /s/ Dustin D. Johnson
                                       DUSTIN D. JOHNSON
                                       Attorney for Defendant
                                       KIZZIE MORRIS

Dated: July 9, 2018                    McGREGOR W. SCOTT
                                       United State Attorney


                                       /s/ Quinn Hochhalter (via email)
                                       QUINN HOCHHALTER
                                       Assistant United State Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of July, 2018.


                                       /s/ John A. Mendez
                                       John A. Mendez
                                       United States District Court Judge