Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Kizzie Morris

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Kizzie Morris,<br><br>        Defendant. | No. 2:18-cr-00067-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

1. By previous order, this matter was set for status on August 21, 2018.
2. By this stipulation, defendant Kizzie Morris, by and through her undersigned counsel, now moves to continue the status conference until September 18, 2018, at 9:15 a.m., and to exclude time between August 21, 2018 and September 18, 2018, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a)  The government has represented that the discovery

1

|   |    |                                                                 |
|---|----|-----------------------------------------------------------------|
|   |    | associated with this case includes approximately 380 pages of investigative reports and related documents and several hours recordings of body camera videos. All of this discovery has been produced directly to counsel. |
|   | b) | Counsel for defendant desires additional time to consult with his client, conduct investigation and research, review discovery, and to discuss potential resolution with his client. Counsel for the defendant and counsel for the government have begun to engage in negotiations toward possible resolution. |
|   | c) | Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
|   | d) | The United States does not object to the continuance. |
|   | e) | Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. |
|   | f) | For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2018 and September 18, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the |

Court's finding that the ends of justice served by
        taking such action outweigh the best interest of the
        public and the defendant in a speedy trial.
4.      Nothing in this stipulation and order shall preclude a
        finding that other provisions of the Speedy Trial Act
        dictate that additional time periods are excludable from the
        period within which a trial must commence.

Dated: August 20, 2018          Respectfully Submitted,


                                /s/ Dustin D. Johnson
                                DUSTIN D. JOHNSON
                                Attorney for Defendant
                                KIZZIE MORRIS

Dated: August 20, 2018          McGREGOR W. SCOTT
                                United State Attorney


                                /s/ Quinn Hochhalter (via email)
                                QUINN HOCHHALTER
                                Assistant United State Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of August, 2018.


                 /s/ John A. Mendez
                John A. Mendez
                United States District Court Judge

3