| | |
|---|---|
| 1 | Dustin D. Johnson (SBN: 234008) |
| | Two Rivers Law, P.C. |
| 2 | 2701 Del Paso Road, Suite 130-155 |
| | Sacramento, CA 95835 |
| 3 | Phone: (877) 377-8070 |
| | Fax: (916) 244-9889 |
| 4 | |
| 5 | Attorney for Kizzie Morris |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00067-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | **Judge: Hon. John A. Mendez** |
| Kizzie Morris, | **Time: 9:00 a.m.** |
| Defendant. | **Date: March 26, 2019** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Quinn Hochhalter, Assistant United States Attorney, and Dustin D. Johnson, Counsel for Kizzie Morris, that the Judgment and Sentencing hearing date of February 26, 2019 be vacated, and the matter be set for Judgment and Sentencing on March 26, 2019 at 9:15 a.m. The reason for this continuance is to allow the defense additional time to prepare for judgment and sentencing.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

1

| | |
|---|---|
|1| The probation officer has no objection to continuing the|
|2| judgment and sentencing hearing to March 26, 2019.|
|3| The new PSR briefing schedule based on the new Judgment and|
|4| Sentencing Date of March 26, 2019 is:|

1. Reply, or Statement of Non-Opposition:   March 19, 2019.
2. Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 12, 2019.

The Presentence Report was disclosed on February 5, 2019.

IT IS SO STIPULATED.

Dated: February 12, 2019         Respectfully Submitted,


/s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
KIZZIE MORRIS

Dated: February 12, 2019         McGREGOR W. SCOTT
United State Attorney


/s/ Quinn Hochhalter (via email)
QUINN HOCHHALTER
Assistant United State Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of February, 2018.


/s/ John A. Mendez
John A. Mendez
United States District Court Judge