Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Kizzie Morris

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Kizzie Morris,<br><br>        Defendant. | No.  2:18-cr-00067-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>**Judge: Hon. John A. Mendez**<br>**Time: 9:00 a.m.**<br>**Date: May 7, 2019** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Quinn Hochhalter, Assistant United States Attorney, and Dustin D. Johnson, Counsel for Kizzie Morris, that the Judgment and Sentencing hearing date of March 26, 2019 be vacated, and the matter be set for Judgment and Sentencing on May 7, 2019 at 9:15 a.m. The reason for this continuance is to allow the defense additional time to prepare for judgment and sentencing.

    The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

1

The probation officer has no objection to continuing the judgment and sentencing hearing to May 7 26, 2019.

The new PSR briefing schedule based on the new Judgment and Sentencing Date of May 7, 2019 is:

1. Reply, or Statement of Non-Opposition: April 30, 2019.
2. Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 23, 2019.

The Presentence Report was disclosed on February 5, 2019.

IT IS SO STIPULATED.

Dated: March 19, 2019   Respectfully Submitted,

/s/ Dustin D. Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
KIZZIE MORRIS

Dated: March 19, 2019   McGREGOR W. SCOTT
United State Attorney

/s/ Quinn Hochhalter (via email)
QUINN HOCHHALTER
Assistant United State Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of March, 2019.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge