Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Kizzie Morris

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      v.<br><br>Kizzie Morris,<br><br>            Defendant. | No.  2:18-cr-00067-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>**Judge: Hon. John A. Mendez**<br>**Time: 9:15 a.m.**<br>**Date: May 14, 2019** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Quinn Hochhalter, Assistant United States Attorney, and Dustin D. Johnson, Counsel for Kizzie Morris, that the Judgment and Sentencing hearing date of May 7, 2019 be vacated, and the matter be reset for Judgment and Sentencing on May 14, 2019 at 9:15 a.m. The reason for this continuance is to allow the defense additional time to prepare for judgment and sentencing.

    The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

1      The probation officer has no objection to continuing the

2 judgment and sentencing hearing to May 14, 2019.

3      The new PSR briefing schedule based on the new Judgment and

4 Sentencing Date of May 14, 2019 is:

5   1. Reply, or Statement of Non-Opposition:   May 7, 2019.

6 The Presentence Report was disclosed on February 5, 2019.

7

8 IT IS SO STIPULATED.

9

10 Dated: May 2, 2019            Respectfully Submitted,

11

12                        /s/ Dustin D. Johnson

                       DUSTIN D. JOHNSON
13                        Attorney for Defendant

                       KIZZIE MORRIS
14

15 Dated: May 3, 2019            McGREGOR W. SCOTT

                       United State Attorney
16

17

                       /s/ Quinn Hochhalter (via email)
18                        QUINN HOCHHALTER

                       Assistant United State Attorney
19

20

21                 **FINDINGS AND ORDER**

22 IT IS SO FOUND AND ORDERED this 3rd day of May, 2019.

23

24                        /s/ John A. Mendez

                       John A. Mendez
25                        United States District Court Judge

26

27

28