IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:18-cr-00067-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| KIZZIE LANITRA MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court issued a minute order directing the Federal Defender to locate counsel for this consultation. CJA Panel attorney Scott Nelson Cameron (#226605) is hereby appointed effective March 2, 2020, the date the Office of the Federal Defender contacted him.

DATED: 3/4/2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge