MCGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIZZIE LANITRA MORRIS,<br><br>Defendant. | CASE NO. 2:18-CR-67 JAM<br><br>STIPULATION TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 15, 2020, defendant Kizzie Morris filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 62.

2. The parties are aware that the Bureau of Prisons (BOP) is currently reviewing whether Morris is eligible for home confinement.

3. To allow additional time for the BOP to render a decision, the parties agree to modify the current briefing schedule in this matter.

4. Specifically, the parties agree and propose that the government's response brief be due no later than July 31, 2020.

5. The parties further agree and propose that the defense's reply brief, if any, be due no later

STIPULATION AND [PROPOSED] ORDER

1

than August 7, 2020.

6. By this stipulation, the parties request the Court adopt and order the proposed briefing schedule.

IT IS SO STIPULATED.

Dated: July 24, 2020   McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: July 24, 2020   /s/ Q. Hochhalter for S. Cameron
SCOTT CAMERON
Counsel for Defendant
KIZZIE LANITRA MORRIS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of July, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE