MCGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-67 JAM |
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| KIZZIE LANITRA MORRIS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   On July 15, 2020, defendant Kizzie Morris filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 62.

2.   The parties are aware that the Bureau of Prisons (BOP) is currently reviewing whether Morris is eligible for home confinement.

3.   To allow additional time for the BOP to render a decision, the parties agree to modify the current briefing schedule in this matter.

4.   Specifically, the parties agree and propose that the government's response brief be due August 10, 2020.

5.   The parties further agree and propose that the defense's reply brief, if any, be due August

17, 2020.

6.    By this stipulation, the parties request the Court adopt and order the proposed briefing schedule.

IT IS SO STIPULATED.

Dated: July 31, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: July 31, 2020

/s/ Q. Hochhalter for S. Cameron
SCOTT CAMERON
Counsel for Defendant
KIZZIE LANITRA MORRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 31st day of July, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE