McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-67 JAM |
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| KIZZIE LANITRA MORRIS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On July 15, 2020, defendant Kizzie Morris filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 62.

2.      The parties are aware that the Bureau of Prisons (BOP) is currently reviewing whether Morris is eligible for home confinement.

3.      To allow additional time for the BOP to render a decision, the parties agree to modify the current briefing schedule in this matter.

4.      Specifically, the parties agree and propose that the government's response brief be due August 17, 2020.

5.      The parties further agree and propose that the defense's reply brief, if any, be due August

1  24, 2020.

2       6.     By this stipulation, the parties request the Court adopt and order the proposed briefing

3  schedule.

4       IT IS SO STIPULATED.

5

6  Dated:  August 10, 2020          McGREGOR W. SCOTT
                       United States Attorney

7

8                         /s/ QUINN HOCHHALTER
                       QUINN HOCHHALTER
                       Assistant United States Attorney

9

10

11  Dated:  August 10, 2020          /s/ Q. Hochhalter for S. Cameron
                       SCOTT CAMERON

12                         Counsel for Defendant
                       KIZZIE LANITRA MORRIS

13

14

15  **FINDINGS AND ORDER**

16       IT IS SO FOUND AND ORDERED this 10th day of August, 2020.

17

18                         /s/ John A. Mendez
                      THE HONORABLE JOHN A. MENDEZ

19                        UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28