1  MCGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:18-CR-67 JAM

12                       Plaintiff,     STIPULATION TO SET BRIEFING SCHEDULE;
                                        FINDINGS AND ORDER
13                v.

14 KIZZIE LANITRA MORRIS,

15                       Defendant.

16

17                         **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      On July 15, 2020, defendant Kizzie Morris filed a Motion to Vacate and/or Reduce

21 Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 62.

22      2.      The parties are aware that the Bureau of Prisons (BOP) is currently reviewing whether

23 Morris is eligible for home confinement.

24      3.      To allow additional time for the BOP to render a decision, the parties agree to modify the

25 current briefing schedule in this matter.

26      4.      Specifically, the parties agree and propose that the government's response brief be due

27 September 4, 2020.

28      5.      The parties further agree and propose that the defense's reply brief, if any, be due

STIPULATION AND [PROPOSED] ORDER                    1

September 11, 2020.

6. By this stipulation, the parties request the Court adopt and order the proposed briefing schedule.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 24, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ QUINN HOCHHALTER<br>QUINN HOCHHALTER<br>Assistant United States Attorney |
| Dated: August 24, 2020 | /s/ Q. Hochhalter for S. Cameron<br>SCOTT CAMERON<br>Counsel for Defendant<br>KIZZIE LANITRA MORRIS |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of August, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE