McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-67 JAM |
|---|---|
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| KIZZIE LANITRA MORRIS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 15, 2020, defendant Kizzie Morris filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 62.

2. The parties are aware that the Bureau of Prisons (BOP) approved Morris for home confinement and Morris is currently in the process of transferring into home confinement.

3. To allow additional time for Morris to transfer into home confinement, and for defense to consider whether it still wishes to proceed with the current motion (ECF No. 62), the parties agree to modify the current briefing schedule in this matter.

4. Specifically, the parties agree and propose that the government's response brief be due October 21, 2020.

5. The parties further agree and propose that the defense's reply brief, if any, be due October 28, 2020.

6. By this stipulation, the parties request the Court adopt and order the proposed briefing schedule.

IT IS SO STIPULATED.

Dated: September 23, 2020     McGREGOR W. SCOTT
                              United States Attorney

                              /s/ QUINN HOCHHALTER
                              QUINN HOCHHALTER
                              Assistant United States Attorney

Dated: September 23, 2020     /s/ Q. Hochhalter for S. Cameron
                              SCOTT CAMERON
                              Counsel for Defendant
                              KIZZIE LANITRA MORRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of September, 2020.

                              /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE