Scott N. Cameron (SBN: 226605)
Attorney at Law
1017 L Street, PMB 576
Sacramento, CA 95814-3805
(916) 769-8842

Attorney for:
KIZZIE LANITRA MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIZZIE LANITRA MORRIS,<br><br>Defendant. | CASE NO.: 18-CR-00067 JAM<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW, WITHOUT PREJUDICE, PENDING MOTION TO REDUCE SENTENCE (ECF No. 62.)** |

Having read defendant Kizzie Morris's "Request to Withdraw, Without Prejudice, Defendant's Pending Motion to Reduce Sentence (Compassionate Release)," and good cause appearing therefor, IT IS HEREBY ORDERED that the request is hereby GRANTED and "Defendant's Emergency Motion to Reduce Sentence Under 18 USC § 3852(c)(1)(A)(i)" (ECF No. 62) is hereby deemed withdrawn, without prejudice to defendant Morris.

DATED: October 14, 2020    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING REQUEST TO WITHDRAW, WITHOUT PREJUDICE, DEFENDANT'S PENDING MOTION TO REDUCE SENTENCE**

-1-